E-FILED

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 14-5569-GHK (JEMx) | Date | August 29, 2014 |
|---|---|---|---|
| Title | *Lori Wagner v. Copart, Inc., et al.* | | |

| Presiding: The Honorable | GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE |
|---|---|

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers) Order to Serve Defendant**

        On July 17, 2014, Plaintiff Lori Wagner ("Plaintiff") filed this action.  Review of the docket indicates that Plaintiff has not filed proof of service to Defendant Copart, Inc. ("Defendant").  Pursuant to Federal Rule of Civil Procedure Rule 4(m), Plaintiff has 120 days from the time of filing to complete service of process and is hereby **ORDERED** to serve Defendant by **November 17, 2014**.  We encourage Plaintiff to serve Defendant at the earliest possible time.  As Defendant is a corporation, Plaintiff can complete service by delivering a copy of the summons and complaint to an officer, managing or general agent, or any other agent of the Defendant authorized to receive service of process. Fed. R. Civ. P. 4(h)(1)(B).

        If Plaintiff fails to serve Defendant and file proof of service by November 17, 2014, Plaintiff **SHALL**, by the same deadline, show cause, in writing, why this case should not be dismissed for failure to comply with Rule 4(m), failure to diligently prosecute, and failure to comply with our Order.  Failure to timely serve defendant or show cause as required herein shall be deemed Plaintiff's abandonment of this action, and this action will be dismissed, without prejudice, for failure to comply with Rule 4(m), failure to prosecute, and failure to comply with our Order.

        **IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
| Initials of Deputy Clerk | | Bea | |