## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 14-05569-GHK (DTB)**                    Date: **February 25, 2015**

Title: **Lori Wagner v. Copart, Inc., et al.**

================================================================

**DOCKET ENTRY**

================================================================

PRESENT:

**HON. DAVID T. BRISTOW, UNITED STATES MAGISTRATE JUDGE**

| D. Castellanos | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:                    ATTORNEYS PRESENT FOR DEFENDANTS:
None Present                                                                       None Present

**PROCEEDINGS:  (IN CHAMBERS)**

**Defendants' Motions to Dismiss**

On January 26, 2015, defendants Copart, Inc. and Curtis Holdsworth filed a Motion to Dismiss plaintiff's First Amended Complaint.  On February 18, 2015, defendants Maren E. Nelson, David S. Wesley, Lee Smalley Edmon, and Kamala D. Harris filed Motions to Dismiss plaintiff's First Amended Complaint.  In accordance with the terms of the "Prison Litigation Reform Act of 1995," the Court screens the First Amended Complaint prior to ordering service for purposes of determining whether the action is frivolous or malicious; or fails to state a claim on which relief may be granted; or seeks monetary relief against a defendant who is immune from such relief.  See 28 U.S.C. §§ 1915(e)(2), 1915A(b); 42 U.S.C. § 1997e(c)(1).  As this Court has not yet completed its screening of the First Amended Complaint, the Motions to Dismiss are hereby STAYED.  In the event the Court determines the First Amended Complaint states a claim on which relief may be granted, the Court will order plaintiff to file an opposition to the Motions.  Accordingly, the Motions to Dismiss [Dkt. Nos. 31, 44, 46], are hereby STAYED pending the Court's screening of the First Amended Complaint.  Accordingly, the hearings noticed for March 5, 2015 and April 2, 2015, are ordered off calendar.

MINUTES FORM 11                                                                       Initials of Deputy Clerk  DC
CIVIL-GEN