JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LORI WAGNER, | ) | Case No. CV 14-05569-GHK (DTB) |
|     Plaintiff, | ) | |
| | ) | **J U D G M E N T** |
|   vs. | ) | |
| COPART, INC., et al., | ) | |
|     Defendants. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: _____10/27/15_____

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE